UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ROBERT A. MUSIALA. JR. IN HIS CAPACITY AS COURT APPOINTED RECEIVER FOR VIRGIL CAPITAL LLC, MONTGOMERY TECHNOLOGIES LLC, VIRGIL TECHNOLOGIES LLC, VIRGIL QUANTITATIVE RESEARCH LLC and VQR PARTNERS LLC,

     Plaintiff,

v.

VATSAL DOSHI et al.,

     Defendants.

25-CV-638 (JGLC)
*Related to* 20-CV-10849 (JGLC)

**STIPULATION AND (PROPOSED) ORDER OF DISMISSAL WITH PREJUDICE**

---

IT IS HEREBY STIPULATED AND AGREED by and between the parties and their respective counsel named below that pursuant to Federal Rule of Civil Procedure 41(a)(2), Plaintiff's claims solely as against Defendant Varun Verma in this action be, and hereby are, dismissed with prejudice. Plaintiff and Defendant Varun Verma shall bear their own costs and attorneys' fees.

Date: February 26, 2025

LAW OFFICE OF DENNIS O. COHEN, PLLC
Dennis O. Cohen
157 13th Street
Brooklyn, NY 11215
(646) 859-8855
dennis@denniscohenlaw.com

*Attorney for Plaintiff Robert A. Musiala, Jr. as Court-Appointed Receiver*

Date: February 26, 2025

NORTON ROSE FULBRIGHT US LLP
Anthony Lauriello
1301 Avenue of the Americas
New York, NY 10019
(212) 318 3000
anthony.lauriello@nortonrosefulbright.com

*Attorney for Defendant Varun Verma*

SO ORDERED this __27th__ day of __February__ 2025:

JESSICA G. L. CLARKE
United States District Judge

The Clerk of Court is respectfully directed to terminate Defendant Varun Verma from this action.