UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT A. MUSIALA. JR. IN HIS CAPACITY AS COURT APPOINTED RECEIVER FOR VIRGIL CAPITAL LLC, MONTGOMERY TECHNOLOGIES LLC, VIRGIL TECHNOLOGIES LLC, VIRGIL QUANTITATIVE RESEARCH LLC and VQR PARTNERS LLC,<br><br>                    Plaintiff,<br><br>         v.<br><br>VATSAL DOSHI et al.,<br><br>                    Defendant. | 25-CV-638 (JGLC)<br>*Related to* 20-CV-10849 (JGLC)<br><br>**STIPULATION AND (PROPOSED) ORDER OF DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned parties and their respective counsel that, pursuant to Federal Rule of Civil Procedure 41(a)(2), Plaintiff's claims solely as against Defendants Raj Patel, Sachin Patel, Trustee for Kartik Patel Revocable Living Trust, Joshua Gibson, Jasveer Grewal, Chirag Parghi, Jay Patel, RP Family Holdings LLC, and Samir R. Patel in this action be, and hereby are, dismissed with prejudice. The parties shall bear their own costs and attorneys' fees.

Date: April 3, 2025

/s/ _____
LAW OFFICE OF DENNIS O. COHEN, PLLC
Dennis O. Cohen
157 13th Street
Brooklyn, NY 11215
(646) 859-8855
dennis@denniscohenlaw.com

*Attorney for Plaintiff Robert A. Musiala, Jr. as Court-Appointed Receiver*

Date: April 3, 2025

/s/ _____
GUHA PLLC
Samidh Guha
860 Broadway, 6th Floor
New York, NY 10003
(212) 399-8330
sguha@guhapllc.com

*Attorney for Defendants Raj Patel, Sachin Patel, Trustee for Kartik Patel Revocable Living Trust, Joshua Gibson, Jasveer Grewal, Chirag Parghi, Jay Patel, RP Family Holdings LLC, and Samir R. Patel*

SO ORDERED this   8th   day of   April   2025:

_____
JESSICA G. L. CLARKE
United States District Judge

The Clerk of Court is respectfully directed to terminate, and only terminate, the defendants identified in this Stipulation.