UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBERT A. MUSIALA. JR. IN HIS
CAPACITY AS COURT APPOINTED
RECEIVER,

                    Plaintiff,

          v.

VATSAL DOSHI et al.,

                    Defendants.

25-CV-638 (JGLC)
*Related to* 20-CV-10849 (JGLC)

**NOTICE AND ORDER OF DISMISSAL
WITH PREJUDICE**

       Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff hereby serves notice that this

action is voluntarily dismissed, with prejudice.  All parties shall bear their own costs and attorney's

fees.  Pursuant to Federal Rules of Civil Procedure 41(a)(2) and 66, Plaintiff respectfully requests

that the Court so-order this dismissal.

  Dated:  May 6, 2025

                                                  Respectfully submitted,

                                                  _____
                                                  LAW OFFICE OF DENNIS O. COHEN, PLLC
                                                  Dennis O. Cohen
                                                  157 13th Street
                                                  Brooklyn, NY 11215
                                                  (646) 859-8855
                                                  dennis@denniscohenlaw.com

                                                  *Attorney for Plaintiff Robert A. Musiala, Jr. as*
                                                  *Court-Appointed Receiver*

SO ORDERED this ____**8th**____ day of ____**May**____2025:

_____
JESSICA G. L. CLARKE
United States District Judge

This action is hereby DISMISSED with PREJUDICE. Any
pending motions are moot. All conferences are canceled. The
Clerk of Court is respectfully directed to CLOSE the case.